*Case # 1:06CV01973*

*Judge: EGS*

UNITED STATES
POSTAL SERVICE

Label/Receipt Number: 7003 3110 0002 8623 5618
Detailed Results:

- Delivered, November 24, 2006, 4:34 am, WASHINGTON, DC 20530
- Forwarded, November 21, 2006, 8:07 am, WASHINGTON, DC
- Arrival at Unit, November 21, 2006, 8:06 am, WASHINGTON, DC 20001
- Acceptance, November 20, 2006, 1:06 pm, WASHINGTON, DC 20066

Enter Label/Receipt Number.

Get current event information or updates for your item sent to you or others by email.

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>NOV 2 4 2006 |
| 1. Article Addressed to:<br><br>*The U.S. Attorney for the District of Columbia*<br>*501 Third Street, NW*<br>*Washington, DC 20001* | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from serv)   7003 3110 0002 8623 5618 | |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540



CASE # 1:06CV01973

Judge: EGS

Label/Receipt Number: 7003 3110 0002 8623 5595
Detailed Results:

- Delivered, November 24, 2006, 8:28 am, WASHINGTON, DC 20420
- Arrival at Unit, November 24, 2006, 3:25 am, WASHINGTON, DC 20022
- Acceptance, November 20, 2006, 1:08 pm, WASHINGTON, DC 20066

Enter Label/Receipt Number.

Get current event information or updates for your item sent to you or others by email.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DEPARTMENT OF VETERANS AFFAIRS
810 VERMONT AVE, NW
WASHINGTON, DC 20428

2. Article Number
(Transfer from servi)

PS Form 3811, August 2001

7003 3110 00 2 8623 5595

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  RECEIVED     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
2006 NOV 27 PM 6:26

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

DEPT OF VETERANS AFFAIRS
OFFICE OF THE SECRETARY

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

*Case #*  1:06CV01973

*UNITED STATES POSTAL SERVICE*

Judge: EGS

Label/Receipt Number: **7003 3110 0002 8623 5601**
Detailed Results:

- **Delivered, November 24, 2006, 4:34 am, WASHINGTON, DC 20530**
- **Arrival at Unit, November 24, 2006, 1:57 am, WASHINGTON, DC 20022**
- **Acceptance, November 20, 2006, 1:07 pm, WASHINGTON, DC 20066**

Enter Label/Receipt Number.

Get current event information or updates for your item sent to you or others by email.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Kenneth L. Paul_   ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)   C. Date of Delivery<br>NOV 24 2006 |
| 1. Article Addressed to:<br><br>U.S. Attorney General<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0002 8623 5601 |

PS Form 3    )5-02-M-1540