January 26, 2007

Clerk's Office
United States District Court
For the District of Columbia
U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

Case# 06-1973 EGS

Dear Clerk's Office;

This is notification that the address that was on the documents that you sent me on January 24, 2007, indicated a incorrect address. The document from your office showed my address as 3721 Royal Thomas Way, when in fact my correct address is:

6721 Royal Thomas Way, Alexandria, VA 22315.

Request you make this correction in your records.

Thank you,

*(signature)*

Stephanie A. Robinson
6721 Royal Thomas Way
Alexandria, VA 22315