IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE A. ROBINSON        )<br>    Plaintiff,        )<br>        )<br>v.        )<br>        )<br>THE DEPARTMENT OF        )<br>    VETERANS AFFAIRS,        )<br>    Defendant.        )<br>        ) | Case No: 1:06-cv-01973-EGS |

NOTICE OF APPEARANCE

Please note the appearance of Paula M. Potoczak, as counsel for the Plaintiff, Stephanie A. Robinson in the above-captioned matter.

Respectfully submitted,

/s/

Paula M. Potoczak (D.C. # 929562)

Paula M. Potoczak, L.L.C.
1010 Cameron Street
Alexandria, Virginia 22314
(703) 519 - 3733 (telephone)
(703) 519 - 3827 (facsimile)

<u>Certificate of Service</u>

    I hereby certify that on the 12th day of April 2007, the attached Notice of Appearance was electronically filed and served by first-class mail:

        Heather D. Graham-Oliver
        Assistant United States Attorney
        U.S. Attorneys Office
        555 4th Street, N.W., Room 10-818
        Washington, D.C. 20530

                                                Paula M. Potoczak